# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

v.

**MIGUEL ANGEL PEREZ-FRANCO
AKA MIGUEL FRANCO**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:16-mj-0719

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about October 12, 1016, in Marion County, in the Southern District of Indiana, MIGUEL ANGEL PEREZ-FRANCO, after having been previously deported and removed from the United States subsequent to an aggravated felony, was found, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly given consent to the defendant's reapplying for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent William A. Birkofer, HSI

**Sworn to before me, and subscribed in my presence**

October 18, 2016
**Date**

at   Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## AFFIDAVIT

I, William A. Birkofer, being duly sworn upon oath, state as follows:

1.      I am a Special Agent with United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations (HSI) and have been employed by HSI for approximately six and a half (6 ½) years.  Prior to that, I was employed as a Postal Inspector with United States Postal Inspection Service for approximately seven and a half years (7 ½) and as a Special Agent with the U.S. Customs Service Office of Investigations for thirteen years.  My duties are to investigate immigration and customs violations, including aliens who have reentered the United States illegally.

2.      The following information is based upon my personal knowledge or information provided to me by other law enforcement personnel and ICE records pertaining to Miguel Angel PEREZ-Franco (hereinafter "Perez"), AKA: Miguel FRANCO. This affidavit is submitted in support of a complaint for the arrest of Perez for violation of 8 USC 1326(a)&(b)(2).

3.      The defendant, Miguel Angel PEREZ-Franco was born on xx/xx/1980 in Jalisco, Mexico.

4.      On or about October 12, 2016, HSI Special Agent David Victor received information from Deportation Officer Kevin Wies regarding an individual identified as Miguel Angel PEREZ-Franco was arrested in Indianapolis, Indiana for operating a vehicle without a license.

5.      On or about October 17, 2016, Special Agent Victor advised Perez of his rights and he agreed to make a statement. Perez admitted that he was previously deported from the United States after being convicted of Possession of Methamphetamine with

Intent to Deliver. Perez stated that after that deportation he paid a "guide" $3,000 USD to be smuggled back into the United States. Perez admitted that he did not apply or receive permission to lawfully enter the United States.

6. On or about October 17, 2016 Special Agent Victor scanned the fingerprints for Perez into the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS responded that the prints were an exact match for FBI# 722227FC8. This FBI# is assigned to Perez.

7. On October 12, 2005, Perez was, convicted in District Court, County of Johnson, State of Iowa, for the offense of Possession with Intent to Deliver, in violation of Iowa Criminal Code IA27103 and IA27104, a crime defined as an Aggravated Felony in 8 USC 1101(a)(43)(B). For this offense Perez received the imposed sentence of three (3) years.

8. On August 24, 2009 Perez was encountered by the United States Immigration and Customs Enforcement, Coralville, Iowa and placed into removal proceedings.

9. On August 24, 2009 Perez was ordered removed from the United States to his native country of Mexico.

10. On September 2, 2009 Perez was escorted to his native country of Mexico from the Laredo, TX Port of Entry effecting his deportation.

12. ICE maintains an indexing on all aliens identified by an alien registration number. This ICE record is available to me and is file No. A88 963 195 in the name of Miguel Angel PEREZ-Franco date of birth xx/xx/1980.

13. ICE records indicate Perez has not obtained permission from the Attorney General to reapply for admission to the United States.

**AFFIANT FURTHER SAYETH NOT.**

_____

**William A. Birkofer**
**Special Agent, HSI**

Sworn and signed in my presence.

USMJ
10/18/16